**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY WISNAUSKI, <br><br> Plaintiff, <br> V. <br><br> KENDALL COUNTY, ET AL., <br><br> Defendants. | No. 18-cv-05530 <br><br> Hon. Edmund Chang <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE – CERTAIN DEFENDANTS

Plaintiff, Timothy Wisnauski, and Defendants, Advanced Correctional Healthcare, David Miller, and Jimmy McCorkle, by their respective attorneys, and pursuant to Federal Rule 41(a)(1)(A)(2), hereby present the following stipulation:

1. Plaintiff has filed this action asserting certain allegations against the Defendants, and Defendants have denied liability.

2. Plaintiff dismisses, with prejudice, Defendants, David Miller and Jimmy McCorkle, without settlement.

3. The parties agree that all parties will bear their respective costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Peter J. Strauss <br> Peter J. Strauss <br> Cunningham Meyer & Vedrine P.C. <br> 1 East Wacker Drive, Suite 2200 <br> Chicago, IL 60601 <br> 312/578-0049 <br> Email: pstrauss@cmvlaw.com | /s/ Edward M. Fox____ <br> Edward M. Fox <br> ED FOX & ASSOCIATES, LTD. <br> 300 West Adams St. Ste. 330 <br> Chicago, IL 60606 <br> Tel: 312/345-8877 ext. 103 <br> Email: efox@efoxlaw.com |